# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 104 WAL 2020

       Respondent

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

      v.

SEAN WRIGHT,

       Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :   No. 105 WAL 2020

       Respondent

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

      v.

SEAN WRIGHT,

       Petitioner

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.